1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ADE WARREN, | Case No. CV 17-466-ODW (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| UNKNOWN, | |
| Respondent. | |

Pursuant to the Court's Order Denying Request And Dismissing Action Without Prejudice,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: January 27, 2017        _____

                              OTIS D. WRIGHT II
                              UNITED STATES DISTRICT JUDGE